Cite as 2020 Ark. 303

# SUPREME COURT OF ARKANSAS

IN RE AMENDED ADMINISTRATIVE
PLANS FOR THE NINETEENTH WEST
JUDICIAL CIRCUIT AND THE TWENTY-
THIRD JUDICIAL CIRCUIT

Opinion Delivered October 1, 2020

**PER CURIAM**

Administrative Order No. 14 requires an administrative plan to facilitate the best use of the available judicial and support resources within each circuit so that cases will be resolved in an efficient and prompt manner. Pursuant to Administrative Order No. 14, amended administrative plans have been submitted by the Nineteenth West Judicial Circuit and the Twenty-Third Judicial Circuit. The amended administrative plans for these circuits have been approved as submitted. Both amended administrative plans are effective January 1, 2021.